FILED

JAN 29 PM 1:23

RICH...
CLERK, U.S. DISTRICT COURT
NORTHERN ... ...CT O CALIFORNIA

E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

STEVEN RAMON TUGGLE

Plaintiff,

vs.

TAYLOR

Defendant.

)
)
)
)
)
)
)
)
)

CASE NO. CV 07 ___ **MHP**

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

**(PR)**

I, Steven Ramon Tuggle, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?  Yes ____  No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A _____   Net: N/A _____

Employer: N/A _____

_____

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received.  (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   Photo Finish  /San Francisco, Ca          February 1979

5   Sun Photo /San Francisco, Ca              1979

6

7   2.      Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9       a.    Business, Profession or              Yes ___ No X

10            self employment

11      b.    Income from stocks, bonds,           Yes ___ No X

12            or royalties?

13      c.    Rent payments?                        Yes ___ No X

14      d.    Pensions, annuities, or              Yes ___ No X

15            life insurance payments?

16      e.    Federal or State welfare payments,   Yes ___ No X

17            Social Security or other govern-

18            ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21       N/A

22

23  3.      Are you married?                        Yes ___ No X

24  Spouse's Full Name: _____ N/A

25  Spouse's Place of Employment: _____ N/A

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ N/A _____ Net $ N/A

28  4.    a.    List amount you contribute to your spouse's support:$ _____ N/A

1      b.     List the persons other than your spouse who are dependent upon you for

2           support and indicate how much you contribute toward their support. (NOTE:

3           For minor children, list only their initials and ages. DO NOT INCLUDE

4           THEIR NAMES.).

5      N/A

6

7   5.    Do you own or are you buying a home?    Yes ___ No ✕

8   Estimated Market Value: $ N/A   Amount of Mortgage: $ N/A

9   6.    Do you own an automobile?    Yes ___ No ✕

10  Make N/A   Year N/A   Model N/A

11  Is it financed? Yes ___ No N/A If so, Total due: $ N/A

12  Monthly Payment: $ N/A

13  7.    Do you have a bank account? Yes ___ No ✕ (Do not include account numbers.)

14  Name(s) and address(es) of bank: N/A

15

16  Present balance(s): $ N/A

17  Do you own any cash? Yes ___ No ___ Amount: $ N/A

18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19  market value.) Yes ___ No ✕

20

21  8.    What are your monthly expenses?

22  Rent: $ N/A   Utilities: N/A

23  Food: $ N/A   Clothing: N/A

24  Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |

9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____ No _____

_____

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____ N/A _____

_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____        _Md. A. Ramon Tuggle_____

DATE                             SIGNATURE OF APPLICANT

1

2    Case Number: _CV 07 6257_

3

4

5

6

7

8                              **CERTIFICATE OF FUNDS**

9                                          **IN**

10                           **PRISONER'S ACCOUNT**

11

12        I certify that attached hereto is a true and correct copy of the prisoner's trust account

13    statement showing transactions of _Steven Tuggle_ for the last six months

                                          [prisoner name]

14    _CSP- Corcoran_ where (s)he is confined.

                [name of institution]

15        I further certify that the average deposits each month to this prisoner's account for the

16    most recent 6-month period were $ _1.54_ and the average balance in the prisoner's

17    account each month for the most recent 6-month period was $ _1.54_ .

18

19    Dated: _12/18/07_                    _D. Dear  ACII_

20                                          [Authorized officer of the institution]

21

22

23

24

25

26

27

28

- 5 -

```
REPORT ID: TS2030 .701                              REPORT DATE: 12/18/07
                                                    PAGE NO:      1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CALIF. STATE PRISON CORCORAN
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT


              FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 18, 2007


ACCOUNT NUMBER : C38928                  BED/CELL NUMBER: 4A1R0000000001L
ACCOUNT NAME   : TUGGLE, STEVEN RAMON         ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                          TRUST ACCOUNT ACTIVITY
        TRAN
DATE  CODE  DESCRIPTION    COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
.....  ....  .............  .........  ........  ..........  ...........  .........


06/01/2007   BEGINNING BALANCE                                            0.00

07/10 D320 TRUST FUNDS T 0108/PBSP             9.26                       9.26
07/24 W512 LEGAL POSTAGE 0304/06-24                          0.41         8.85
08/02 FC06 DRAW-FAC 6    0408/4ASHU                          8.85         0.00



                          CURRENT HOLDS IN EFFECT
   DATE        HOLD
   PLACED      CODE           DESCRIPTION           COMMENT     HOLD AMOUNT
   ....        ....    ...........................  ..........  ...........

12/05/2007    H118    LEGAL COPIES HOLD            1980/12-03      10.00
12/05/2007    H118    LEGAL COPIES HOLD            1980/12-03       1.15
12/06/2007    H109    LEGAL POSTAGE HOLD           1997/12-03       4.60
12/10/2007    H109    LEGAL POSTAGE HOLD           2036/12-06       0.58
12/13/2007    H109    LEGAL POSTAGE HOLD           2096/12-11       0.41
12/13/2007    H109    LEGAL POSTAGE HOLD           2096/12-11       0.41
12/13/2007    H109    LEGAL POSTAGE HOLD           2096/12-11       0.41

                          TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL        TOTAL       CURRENT       HOLDS     TRANSACTIONS
   BALANCE     DEPOSITS    WITHDRAWALS    BALANCE      BALANCE    TO BE POSTED
 ...........  ...........  ...........  ...........  ..........  ............

      0.00        9.26         9.26         0.00       17.56         0.00
 ...........  ...........  ...........  ...........  ..........  ............
```

|  | CURRENT |
|---|---|
|  | AVAILABLE |
|  | BALANCE |
|  | -------------- |
|  | 17.56- |
|  | -------------- |
|  | -------------- |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 12/18/2007
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ A C II
     TRUST OFFICE