UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. TUGGLE,<br><br>            Plaintiff,<br><br>    v.<br><br>TAYLOR et al,<br><br>            Defendant._____/ | Case Number: CV07-06257 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven R. Tuggle C-38928
Corcoran State Prison
P.O. Box 8800
Corcoran, CA 93212

Dated: July 25, 2008

                                                Richard W. Wieking, Clerk
                                                By: Anthony Bowser, Deputy Clerk