UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RAMON TUGGLE, | No. C 07-6257 MHP (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| TAYLOR, licensed vocational nurse, | |
| Defendant. | |

This action is dismissed without prejudice because plaintiff did not exhaust his administrative remedies before filing his complaint.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 24, 2008

_____
Marilyn Hall Patel
United States District Judge