UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STEVEN R. TUGGLE,

         Plaintiff,

  v.

TAYLOR et al,

         Defendant.

Case Number: CV07-06257 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven R. Tuggle C-38928
Corcoran State Prison
P.O. Box 8800
Corcoran, CA 93212

Dated: July 25, 2008

                                    Richard W. Wieking, Clerk
                                    By: Anthony Bowser, Deputy Clerk