Mr. S. Ramon Tuggle
CSP Corcoran SHU 4A4L-32L
P.O. Box 8800
Corcoran, CA 93212

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEVEN RAMON TUGGLE, | CASE NO. CV07-06257 MHP |
| Plaintiff, | PETITIONERS' EX PARTE |
| v. | APPLICATION FOR AN EX- |
| TAYLOR, psych. tech., | TENSION OF TIME TO FILE |
| Defendant. | NOTICE OF APPEAL |

The petitioner Steven Ramón Tuggle in the above entitled cause of action,

Hereby requests an extension of thirty (30) days. To research, prepare, and file a "NOTICE OF APPEAL", pursuant to Estrada v. Scribner, 512 F.3d 1227, 1236 (9th Cir. 2008)

In a sincere effort to comply with the rules of this court and to observe all the numerous legal protocols, petitioner prays that his application for an extension of time be granted.

Respectfully Submitted

Dated: July 30, 2008

M. S. Ramón Tuggle
Petitioner
Mr. S. Ramón Tuggle

## PROOF OF SERVICE BY MAIL

I, Steven Ramón Tuggle, declare that I am over 18 years of age, and a party to the attached herein cause of action, that I reside at California State Prison at Corcoran, in the County of King, California.

My mailing address is: CSP Corcoran SHU 4A4L-32L / P.O. Box 8800 Corcoran, CA 93212

On July 30, 20 08, I delivered to prison officials for mailing, at the above address, the attached: NOTICE OF APPEAL

in sealed envelope(s), with postage fully prepaid, and addressed to the following:

(1) Ninth Circuit Ct. of Appeals
U.S. Court of Appeals Building
95 7th St.
P.O. Box 193939
San Francisco, CA 94119

(2) ___

(3) ___

(4) ___

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 30th day of July, 20 08, at California State Prison, Corcoran.

M. D. Ramón Tuggle
In Pro Per