UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RAMON TUGGLE,<br><br>    Plaintiff,<br><br>  v.<br><br>TAYLOR, licensed vocational nurse,<br><br>    Defendant.<br>_____ / | No. C 07-6257 MHP (pr)<br><br>**ORDER EXTENDING DEADLINE TO FILE NOTICE OF APPEAL** |

    Plaintiff filed an ex parte application for a 30-day extension of deadline to file a notice of appeal. The court construes the document to also be a notice of appeal. The application for an extension of time to file a notice of appeal is GRANTED. (Docket # 8.) The notice of appeal was timely filed. The clerk shall process the appeal.

    IT IS SO ORDERED.

Dated: February 2, 2009

                                           Marilyn Hall Patel
                                           United States District Judge